IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY L. HINEMAN,

     Petitioner,                                                           ORDER

v.

                                                              Case No.  23-cv-521-jdp

MICHAEL GIREACH,

     Respondent.

Petitioner Jeffrey L. Hineman  seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner requests leave to proceed without prepayment of the filing fee.  Petitioner has supported this request with an affidavit of indigency and a six-month trust account statement from the institution.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1).  Using information for the relevant time period from petitioner's trust fund account statement, I find that petitioner is able to pay the filing fee.  Accordingly, I will deny petitioner's application for leave to proceed without prepayment of the filing fee.  To proceed further on this habeas petition, petitioner must pay the $5 filing fee.  If petitioner fails to pay the fee by August 24, 2023, the petition, I will assume that petition wishes to withdraw this petition.

ORDER

IT IS ORDERED that:

1.      Petitioner Jeffrey L. Hineman's motion for leave to proceed without prepayment of the filing fee is DENIED.  Petitioner has until August 24, 2023 in which to pay the $5 filing fee.

2.      If by August 24, 2023 petitioner fails to submit the $5 filing fee, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of August, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge